IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:20-CR-00080-M

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ZAIRE TREVON ALEXANDER GUNTER,

    Defendant.

ORDER

This matter comes before the court on Defendant's "Motion to Reduce Sentence Pursuant to [the First Step Act,] 18 U.S.C. § 3582(c)(2)" ("Act") [DE 72]. In accordance with Standing Order, 19-SO-3, the Office of the Public Defender is appointed to determine whether Defendant may qualify for relief under the Act and, if so, to assist the Defendant in obtaining such relief. Once counsel for the Defendant appears in this case, he or she shall have thirty (30) days in which to file either a notice informing the court whether Defendant qualifies or a memorandum in support of the motion.

SO ORDERED this 17th day of August, 2023.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE